UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE HARO,<br><br>        Plaintiff,<br><br>    v.<br><br>MARTIN J. O'MALLEY,[1]<br>Commissioner of Social Security Administration,<br><br>        Defendant. | Case No. 5:23-cv-01011-RGK-AJR<br><br>**ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

      Pursuant to 28 U.S.C. § 636, the Court has reviewed the Motion for Summary Judgment, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. The time for filing objections to the Report and Recommendation has passed and no objections have been received. Accordingly, the Court accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge.

---

[1] The Court substitutes Commissioner Martin J. O'Malley as the Defendant in this action pursuant to Federal Rule of Civil Procedure 25(d).

1      IT IS ORDERED that Judgment be entered reversing the decision of the
2  Commissioner of Social Security and remanding this matter for further
3  administrative proceedings consistent with the Report.
4
5      LET JUDGMENT BE ENTERED ACCORDINGLY.
6
7  DATED: 3/15/2024
8                                HON. R. GARY KLAUSNER
9                               UNITED STATES DISTRICT JUDGE