JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE HARO,<br><br>             Plaintiff,<br>     v.<br><br>MARTIN J. O'MALLEY,[1]<br>Commissioner of Social Security Administration,<br><br>             Defendant. | Case No. 5:23-cv-01011-RGK-AJR<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the decision of the Commissioner is reversed and remanded for further proceedings consistent with the Report.

DATED: 3/15/2024

_____
HON. R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE

---

[1] The Court substitutes Commissioner Martin J. O'Malley as the Defendant in this action pursuant to Federal Rules of Civil Procedure 25(d).