UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jose H., | Case No.:  5:23-cv-01011-RGK-AJR |
| Plaintiff, | |
| v. | **ORDER GRANTING JOINT MOTION FOR ATTORNEY'S FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT (28 U.S.C. § 2412(d))** |
| Martin O'Malley, Commissioner of Social Security, | |
| Defendant. | |

Based upon the Joint Motion for Attorney's fees pursuant to the Equal Access to Justice Act (28 U.S.C. § 2412(d)), The Court **GRANTS** the parties' joint motion and awards attorney's fees in the amount of $7,500.00.

**IT IS SO ORDERED**.

DATED:  May 7, 2024      _____

HON. A. JOEL RICHLIN
UNITED STATES MAGISTRATE JUDGE

1